NATHANIEL POTRATZ, ESQ., SBN 215734
LAW OFFICES OF NATHANIEL POTRATZ
4790 Dewey Drive, Suite A
Fair Oaks, California 95628
Telephone: (916) 962-2780
Facsimile: (916) 962-2705

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tom Sayles, | CASE NO.: 2:09-CV-03564 MCE KJM |
| Plaintiff | STIPULATED RESOLUTION OF DEFENDANT'S MOTION TO STRIKE PORTIONS OF PLAINTIFF'S COMPLAINT OR FOR MORE DEFINITE STATEMENT; ORDER THEREON |
| vs. | |
| City of Lathrop; Dan Mac Neilage, in his individual, official and/or agency capacity; Ron Rhodes, in his individual, official and/or agency capacity; Does 1 through 10, inclusive, | Courtroom: 7<br>Judge: Morrison England<br>Date: March 11, 2010<br>Time: 2:00 p.m. |
| Defendants. | |

Counsel for Plaintiff and for Defendant have met and conferred and hereby stipulate to the following in resolution of Defendant City of Lathrop's Motion to Strike Portions of Plaintiff's Complaint or for More Definite Statement.

Referring to Defendant's Proposed Order, Counsel for Plaintiff and for Defendant agree that:

(1) The punitive damages allegations against defendant City of Lathrop are stricken from the Complaint because punitive damages are not available against a public entity as a matter of law.

(2) The tenth cause of action (violation of right to due process) is stricken because a tenth cause of action was not included.

(3) The references to defendant Ron Rhodes are not stricken as such are proper and legal and Plaintiff has the right to plead in the alternative that Ron Rhodes is an employee and/or a non-employee volunteer.

(4) The eighth cause of action for violation of the Brown Act is not stricken because notice pleading is sufficient and Plaintiff has sufficiently provided notice to Defendant of the eighth cause of action.

(5) The third and fourth causes of action for assault and battery are not stricken nor is a more definite statement needed because notice pleading is sufficient and Plaintiff has sufficiently provided notice to Defendant of these causes of action.

As a result of counsel for Plaintiff and counsel for Defendant having met and conferred, and in light of the agreement noted above, counsel stipulate that Plaintiff's Complaint shall proceed forward but with the punitive damages allegations stricken as against City of Lathrop and with the tenth cause of action stricken.

DATED: March 1, 2010     BORTON PETRINI

By: /s/ CRYSTAL SWANSON
CRYSTAL SWANSON
Attorney for Defendant

DATED: March 1, 2010     LAW OFFICES OF NATHANIEL POTRATZ

By: /s/ NATHANIEL POTRATZ
NATHANIEL POTRATZ
Attorney for Plaintiff

**ORDER**

Defendant City of Lathrop's Motion to Strike (Docket No. 6) is hereby granted in accordance with the above-enumerated stipulation of the parties. Plaintiff is hereby directed to file an amended complaint consistent with the terms of said stipulation not later than ten (10) days from the date of this Order.

IT IS SO ORDERED.

Dated: March 9, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**Stipulated Resolution of Motion to Strike Portions of Complaint**