1  NATHANIEL POTRATZ, ESQ., SBN 215734
   LAW OFFICES OF NATHANIEL POTRATZ
2  4790 Dewey Drive, Suite A
   Fair Oaks, California 95628
3  Telephone:    (916) 962-2780
   Facsimile:    (916) 962-2705
4
   Attorneys for Plaintiff
5

6
                    **UNITED STATES DISTRICT COURT**
7
                    **EASTERN DISTRICT OF CALIFORNIA**
8

9  Tom Sayles,                              )   **CASE NO.: 2:09-CV-03564 MCE KJM**
                                             )
10         Plaintiff                         )   **STIPULATED RESOLUTION OF**
                                             )   **DEFENDANT'S MOTION TO STRIKE**
11                                           )   **PORTIONS OF PLAINTIFF'S**
         vs.                                 )   **COMPLAINT OR FOR MORE DEFINITE**
12                                           )   **STATEMENT; ORDER THEREON**
                                             )
13 City of Lathrop; Dan Mac Neilage, in his  )   Courtroom:   7
   individual, official and/or agency capacity; )   Judge:       Morrison England
14 Ron Rhodes, in his individual, official and/or )   Date:        March 11, 2010
   agency capacity; Does 1 through 10, inclusive,) Time:        2:00 p.m.
15                                           )
                                             )
16         Defendants.                       )
                                             )
17

18        Counsel for Plaintiff and for Defendant have met and conferred and hereby stipulate to the

19 following in resolution of Defendant City of Lathrop's Motion to Strike Portions of Plaintiff's

20 Complaint or for More Definite Statement.

21        Referring to Defendant's Proposed Order, Counsel for Plaintiff and for Defendant agree that:

22        (1) The punitive damages allegations against defendant City of Lathrop are stricken from the

23 Complaint because punitive damages are not available against a public entity as a matter of law.

24        (2) The tenth cause of action (violation of right to due process) is stricken because a tenth

25 cause of action was not included.

26        (3) The references to defendant Ron Rhodes are not stricken as such are proper and legal and

27 Plaintiff has the right to plead in the alternative that Ron Rhodes is an employee and/or a non-

28 employee volunteer.

(4) The eighth cause of action for violation of the Brown Act is not stricken because notice pleading is sufficient and Plaintiff has sufficiently provided notice to Defendant of the eighth cause of action.

(5) The third and fourth causes of action for assault and battery are not stricken nor is a more definite statement needed because notice pleading is sufficient and Plaintiff has sufficiently provided notice to Defendant of these causes of action.

As a result of counsel for Plaintiff and counsel for Defendant having met and conferred, and in light of the agreement noted above, counsel stipulate that Plaintiff's Complaint shall proceed forward but with the punitive damages allegations stricken as against City of Lathrop and with the tenth cause of action stricken.

DATED: March 1, 2010                BORTON PETRINI

                                    By:   /s/ CRYSTAL SWANSON
                                          CRYSTAL SWANSON
                                          Attorney for Defendant

DATED: March 1, 2010                LAW OFFICES OF NATHANIEL POTRATZ

                                    By:   /s/ NATHANIEL POTRATZ
                                          NATHANIEL POTRATZ
                                          Attorney for Plaintiff

**ORDER**

Defendant City of Lathrop's Motion to Strike (Docket No. 6) is hereby granted in accordance with the above-enumerated stipulation of the parties. Plaintiff is hereby directed to file an amended complaint consistent with the terms of said stipulation not later than ten (10) days from the date of this Order.

IT IS SO ORDERED.

Dated: March 9, 2010

                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE