In response to the civil case of Tom Sayles v. City of Lathrop, Et. Al.

Case No: 2:09-CV-035640MCE-KJM

Submitted to United States District Court: Eastern District of California



**FILED**

APR - 9 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

To Whom It May Concern:

I, Dan MacNeilage, was not served with a copy of the said complaint made my Tom Sayles' process server. I also have little idea as to what the suit is about. This response is in compliance with the summons served to me on March 26, 2010, which is in compliance with the request of response within 21 days.

I deny all claims made by Tom Sayles, and would be prepared to go to court to defend myself should it become necessary. Also, if a court date is subsequently granted, I shall be forced to file a counter suit against Tom Sayles, his attorney, Kristy Sayles City of Lathrop Mayor, Lathrop City Council Members and the City of Lathrop.

Respectfully submitted by summons,

_____          9 APR 2010
Dan MacNeilage                      Date