```
GORDON BONES, ESQ., SBN 147679
BONES LAW FIRM
4811 Chippendale Dr, Ste 307
Sacramento, California 95841
Telephone:    (916) 965-6647
Facsimile:    (916) 965-4218
```

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tom Sayles,<br><br>    Plaintiff<br><br>vs.<br><br>City of Lathrop; Dan Mac Neilage, in his individual, official and/or agency capacity; Ron Rhodes, in his individual, official and/or agency capacity; Does 1 through 10, inclusive,<br><br>    Defendants. | Case No.  2:09-CV-03564-MCE-KJN<br><br>**SUBSTITUTION OF ATTORNEY** |

TO THE COURT AND ALL INTERESTED PARTIES AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Tom Sayles hereby substitutes out his former attorney, Nathaniel Potratz of the Law Offices of Nathaniel Potratz, and substitutes in Gordon Bones of Bones Law Firm as his new attorney.

DATED: April 1, 2010                           BONES LAW FIRM

                                                     By:  /s/ GORDON BONES
                                                          GORDON BONES
                                                          Attorney for Plaintiff

DATED: April 1, 2010

LAW OFFICES OF NATHANIEL POTRATZ

By: /s/ NATHANIEL POTRATZ
NATHANIEL POTRATZ
Former Attorney for Plaintiff

DATED: April 1, 2010

By:______________________
TOM SAYLES
Plaintiff