```
NATHANIEL STERLING, ESQ., SBN 215734
LAW OFFICES OF NATHANIEL STERLING
4790 Dewey Drive, Suite A
Fair Oaks, California 95628
Telephone:    (916) 962-2780
Facsimile:    (916) 962-2705
```

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tom Sayles, | CASE NO: 2:09-CV-03564-MCE-KJN |
| Plaintiff | NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEY OF RECORD; DECLARATION OF NATHANIEL STERLING |
| vs. | |
| City of Lathrop; Dan Mac Neilage, in his individual, official and/or agency capacity; Ron Rhodes, in his individual, official and/or agency capacity; Does 1 through 10, inclusive, | Date:       October 28, 2010<br>Time:       2:00PM<br>Courtroom:  7<br>Judge:      Hon. Morrison C. England |
| Defendants. | |

TO THE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that on October 28, 2010, at 2:00PM, or as soon thereafter as the matter may be heard in Courtroom 7, of the United States District Court for the Eastern District of California, Plaintiff's attorney Nathaniel Sterling will and hereby does bring this motion to withdraw as attorney of record.

This motion is made on the ground of a breakdown of the attorney-client relationship, and for mandatory withdrawal reasons which may be discussed in chambers if necessary.  This motion is based on this notice of motion, Memorandum of Points and Authorities, the papers and records on file herein, and on such other oral and documentary evidence that may be presented at the hearing of

1

the matter.

**NOTICE TO CLIENT WHO WILL BE UNREPRESENTED**

If this motion to withdraw as counsel is granted, you will not have an attorney representing you. You may wish to seek legal advice. If you do not have a new attorney to represent you in this action or preceding, you will be representing yourself as an individual. It will be your responsibility to comply with all court rules and applicable laws. If you fail to do so, or fail to appear at hearings, action may be taken against you, including your case may be dismissed.

If this motion is granted, the client must keep the court informed of the client's current address and phone number.

**NOTICE TO COURT OF CLIENT'S CURRENT ADDRESS AND PHONE NUMBER**

Plaintiff Tom Sayles address is 15440 Ruby Court, Lathrop, CA 95330; phone number 209-587-1248.

RESPECTFULLY SUBMITTED,

DATED: September 22, 2010         LAW OFFICES OF NATHANIEL STERLING

By: /s/ NATHANIEL STERLING
    NATHANIEL STERLING, ESQ.

**MEMORANDUM OF POINTS AND AUTHORITIES**

1. **INTRODUCTION**

Plaintiff's attorney Nathaniel Sterling brings this motion to withdraw as attorney of record on the ground of a breakdown in attorney-client relationship.  Additional cause can be provided if deemed necessary in chambers.  Plaintiff's attorney has mandatory grounds of withdrawal which, if necessary, can be disclosed in chambers.

2. **THE LAW LIBERALLY ALLOWS FOR ATTORNEYS TO WITHDRAW**

1  The law liberally allows attorneys to withdraw as attorney of record for a variety of reasons.
2  The attorney-client relationship is no exception to the Constitutional law against slavery or
3  involuntary servitude, and attorneys should not be forced to work for clients as involuntary slaves.
4  For example, it is well-established that a motion to be relieved is proper simply because of a
5  personality clash with the client; a breakdown in the attorney-client relationship is ground for
6  allowing the attorney to withdraw. [See Estate of Falco v. Decker (1987) 188 Cal.App.3d 1004,
7  1014; see Cal Prof Conduct Rule 3-700(C)].  If necessary beyond what is stated herein, Nathaniel
8  Sterling can show cause for mandatory and/or permissive withdrawal in chambers.

**3.     CONCLUSION**

This motion to withdraw as attorney of record should be granted.

                              RESPECTFULLY SUBMITTED,

DATED: September 22, 2010        LAW OFFICES OF NATHANIEL STERLING


                              By: /s/ NATHANIEL STERLING
                                   NATHANIEL STERLING, ESQ.

# DECLARATION OF NATHANIEL STERLING

I, Nathaniel Sterling, declare as follows:

1. I am an attorney at law duly licensed to practice before all courts of the State of California and I am as of today's date the attorney of record for Plaintiff.

2. I have knowledge of the facts pertaining to this action and I am competent to testify as to the matters stated herein and if called as a witness would and do hereby competently testify to the following facts.

3. There has been a breakdown in the attorney-client relationship. Additional cause can be provided if deemed necessary in chambers. I have mandatory grounds of withdrawal which, if necessary, can be disclosed in chambers.

4. I have been in email, personal, and phone contact with my client and have informed him of this motion by email and phone. I also confirmed the Plaintiff's address is 15440 Ruby Court, Lathrop, CA 95330; phone number 209-587-1248.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: September 22, 2010                    /s/ Nathaniel Sterling
                                            Nathaniel Sterling, Declarant

DECLARATION OF SERVICE

I am employed in the County of Sacramento, State of California.  I am over the age of 18 and not a party to this action.  My business address is 4790 Dewey Drive, Suite A, Fair Oaks, CA 95628.

On September 22, 2010  I served the foregoing:
**(1) NOTICE OF MOTION AND MOTION TO WITHDRAW AS ATTORNEY OF RECORD; DECLARATION OF NATHANIEL STERLING**
**(2) [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD**
on the interested parties below as follows:

| | |
|---|---|
| Tom Sayles<br>15440 Ruby Court<br>Lathrop, CA 95330<br><br>[Plaintiff]<br><br>BY MAIL ONLY | Crystal S. Swanson, Esq. # 234141<br>BORTON PETRINI, LLP<br>1104 12th Street<br>Modesto, California  95354<br>Telephone:  (209) 576-1701<br><br>[Attorney for Defendant City of Lathrop]<br><br>BY EMAIL ONLY |
| Roger Moore, Esq.<br>Law Office of Roger Moore<br>2291 West March Lane, Suite A-102<br>Stockton, CA 95207<br><br>[Attorney for Defendant Ron Rhodes]<br><br>BY EMAIL ONLY | Dan MacNeilage<br>15020 Hollyhock Court<br>Lathrop, CA 95330<br><br>[Defendant]<br><br>BY MAIL ONLY |

[ X ]   (MAIL)  I mailed the foregoing document(s) to the above interested party(ies) following ordinary business practices.

[ X ]   (eMAIL)  I emailed the foregoing document(s) to the above interested party(ies) following ordinary business practices and per local rules (CM/ECF).

I declare under penalty of perjury under the laws of California that the above is true and correct. Executed on the above date at Fair Oaks, California.

/s/ NATHANIEL STERLING
NATHANIEL STERLING