Cornelius J. Callahan, Esq.  # 202585
Crystal S. Swanson, Esq. # 234141
BORTON PETRINI, LLP
1104 12th Street
Modesto, California  95354
Telephone:  (209) 576-1701

Attorneys for Defendant,
CITY OF LATHROP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TOM SAYLES,<br><br>               Plaintiff,<br><br>v.<br><br>CITY OF LATHROP; DAN MAC NEILAGE, in his individual, official and/or agency capacity; RON RHODES, in his individual, official and/or agency capacity; DOES 1 through 10, inclusive,<br><br>               Defendants, | Case No.   2:09-CV-03564-MCE-KJN<br><br>JOINT STATUS REPORT |

TO THE HONORABLE MORRISON C. ENGLAND, JR., U.S. DISTRICT JUDGE:

COME NOW the parties who have appeared in this action and submit the following Joint Status Report pursuant to the Court's Order of November 2, 2010.

**I.**     **SUMMARY OF THE FACTUAL AND LEGAL CONCLUSIONS**

On April 24, 2009 there was an altercation that took place between Plaintiff Sayles, Defendant Dan MacNeilage and Defendant Ron Rhodes.

**II.**     **PROPOSED AMENDMENTS TO THE PLEADINGS**

None.

/ / /

/ / /

H:\28498\64245\Joint Status
Report.wpd

JOINT STATUS REPORT

III. **UNCONTESTED AND CONTESTED FACTS**

    A.    **Uncontested Facts**

    1.    Plaintiff Tom Sayles is not an employee of the City of Lathrop.

    B.    **Contested Facts**

    All other facts are contested at this time.

IV. **LEGAL ISSUES**

    A.    **Undisputed Legal Issues**

    Jurisdiction and venue are not disputed.

    B.    **Disputed Legal Issues**

    1.    Whether or not Defendants MacNeilage and Rhodes were acting within the course and scope of employment or any agency of the City of Lathrop;

    2.    Whether or not as an ad hoc committee, the Brown Act applies to this event.

V. **STATUS OF PENDING MATTERS OR MOTIONS BEFORE THE COURT**

    None at this time.

VI. **SETTLEMENT DISCUSSIONS**

    The parties have discussed settlement but without any success.

IX. **JURY DEMAND**

    All parties hereby demand a trial by jury.

X. **TRIAL DAYS REQUIRED**

    Estimated Five to Seven Days.

XI. **REQUEST FOR BIFURCATION**

    None at this time.

XII. **CURRENT STATUS**

    The deposition of plaintiff has been commenced.  Discovery has been served on plaintiff and he has failed to timely respond claiming not to have received same.  The City and plaintiff are meeting and conferring to resolve the discovery issue.  Plaintiff continues to seek new counsel.

1

2  DATED: December 30, 2010          BORTON PETRINI, LLP

3                                    By: /s/ Cornelius J. Callahan
                                         Cornelius J. Callahan, Esq.,
                                         Attorneys for Defendant,
4                                        CITY OF LATHROP

5
   DATED: December 30, 2010          TOM SAYLES, IN PROPERIA PERSONA
6
                                     By: /s/ Tom Sayles
7                                        TOM SAYLES
                                         Plaintiff
8
   DATED: December 30, 2010          LAW OFFICES OF ROGER A. MOORE
9
                                     By: /s/ Roger A. Moore
10                                       Roger A. Moore, Esq.,
                                         Attorneys for Defendant Ron Rhodes
11

12 DATED: December _____, 2010       DAN MACNEILAGE, IN PROPERIA PERSONA

13
                                     By: _____
14                                       Dan MacNeilage

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**PROOF OF SERVICE (Code Civ. Proc., §§ 1013a, 2015)**

2

STATE OF CALIFORNIA, COUNTY OF STANISLAUS

3

     I am employed in the County of Stanislaus, State of California.  I am over the age of 18 and not a party to the within action; my business address is 1104 12th Street, Modesto, California

4

95354.

5

     On **December 30, 2010**, I served the foregoing document(s) described as **JOINT STATUS REPORT** on the parties.

6

/__/ **MAIL:**

7

8

     As follows:  I am familiar with the firm's practice of collection and processing documents for mailing. Under that practice said document(s) would be deposited with U. S. Postal Service on that same day, with adequate postage thereon, at **Modesto,** California, in the ordinary course

9

of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing.

10

/__/ **FAX:**

11

12

     I caused said document(s) to be delivered by facsimile through the use of fax machine telephone number: _____.

13

     The facsimile machine I used complied with California Rules of Court, rule 2003(3), and no error was reported by the machine  pursuant to California Rules of Court, rule 2008(e).

14

/ X / **ELECTRONICALLY**:

15

16

     I caused said document(s) to be delivered electronically by **SEE ATTACHED.**

17

/__/ **OVERNIGHT COURIER SERVICE:**

18

     I caused each envelope with postage fully prepaid to be sent by

_____.

19

/__/ **PERSONAL SERVICE:**

20

     I caused to be delivered such envelope(s) by hand to the offices of the addressee(s).

21

     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on **December 30, 2010,** at **Modesto,** California.

22

23

24

Michelle M. Richey                       /s/ **Michelle M. Richey**
**Type or Print Name**                    **Signature**

25

26

27

28

H:\28498\64245\Joint Status
Report.wpd

1    IN PRO PER:

2    Tom Sayles
     P.O. Box 740
3    Lathrop, California 95330
     (209) 747-7020
4

5    ATTORNEY FOR RON RHODES

6    Roger A. Moore
     **LAW OFFICES OF ROGER A. MOORE**
7    2291 West March Lane, Suite A-102
     Stockton, CA 95207
8
     IN PRO PER:
9
     Dan MacNeilage
10    15020 Hollyhock Court
     Lathrop, CA 95330
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

H:\28498\64245\Joint Status
Report.wpd

JOINT STATUS REPORT