Cornelius J. Callahan, Esq.  # 202585
Jeff L. Bean, Esq. #194652
BORTON PETRINI, LLP
1104 12th Street
Modesto, California  95354
Telephone:  (209) 576-1701

Attorneys for Defendant,
CITY OF LATHROP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM SAYLES,<br><br>   Plaintiff,<br><br>v.<br><br>CITY OF LATHROP; DAN MAC NEILAGE, in his individual, official and/or agency capacity; RON RHODES, in his individual, official and/or agency capacity; DOES 1 through 10, inclusive,<br><br>   Defendants, | Case No.  2:09-CV-03564-MCE-KJN<br><br>**EVIDENCE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES**<br><br>**[FRCP Rule 56]**<br><br>Action filed: December 23, 2009<br>Date:           September 22, 2011<br>Time:           2:00 p.m.<br>Courtroom:   7<br>Trial Date:    January 23, 2012<br>Hon.:            Morrison C. England, Jr. |

Defendant CITY OF LATHROP (hereinafter "DEFENDANT") herewith submits the following Statement of Evidence in Support of its Motion for Summary Judgment, or alternatively Summary Adjudication of Plaintiff's causes of action.

**TABLE OF CONTENTS**

**DOCUMENTS:**

| | |
|---|---|
| Plaintiffs' Complaint | Exhibit "A" |
| Relevant Portions of Deposition of Plaintiff Sayles | Exhibit "B" |

///

1

| | | |
|---|---|---|
| 1 | Defendant Ron Rhodes Responses to Request for Admissions, Set One. | Exhibit "C" |
| 2 | | |
| 3 | Declaration of defendant Dan MacNeilage | Exhibit "D" |

DATED: July 28, 2011

                                BORTON PETRINI, LLP
                                BY: /s/ Jeff L. Bean
                                    Jeff L. Bean, Esq.,
                                    Attorneys for Defendant,
                                    CITY OF LATHROP

**PROOF OF SERVICE (Code Civ. Proc., §§ 1013a, 2015)**

STATE OF CALIFORNIA, COUNTY OF STANISLAUS

I am employed in the County of Stanislaus, State of California. I am over the age of 18 and not a party to the within action; my business address is 1104 12th Street, Modesto, California 95354.

On **July 28, 2011**, I served the foregoing document(s) described as **EVIDENCE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION OF ISSUES** on the parties.

**/ X / MAIL:**

As follows: I am familiar with the firm's practice of collection and processing documents for mailing. Under that practice said document(s) would be deposited with U. S. Postal Service on that same day, with adequate postage thereon, at **Modesto**, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing. **SEE ATTACHED.**

**/__/ FAX:**

I caused said document(s) to be delivered by facsimile through the use of fax machine telephone number: _____.

The facsimile machine I used complied with California Rules of Court, rule 2003(3), and no error was reported by the machine pursuant to California Rules of Court, rule 2008(e).

**/ X / ELECTRONICALLY:**

I caused said document(s) to be delivered electronically by **SEE ATTACHED.**

**/__/ OVERNIGHT COURIER SERVICE:**

I caused each envelope with postage fully prepaid to be sent by _____.

**/__/ PERSONAL SERVICE:**

I caused to be delivered such envelope(s) by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **July 28, 2011, at Modesto**, California.

| | |
|---|---|
| Michelle M. Richey<br>**Type or Print Name** | **/s/ Michelle M. Richey**<br>**Signature** |

1   IN PRO PER:

2   <u>**VIA U.S.MAIL**</u>

3   Tom Sayles
    P.O. Box 740
4   Lathrop, California 95330
    (209) 747-7020
5

6   ATTORNEY FOR RON RHODES

7   <u>**VIA ELECTRONIC FILING**</u>

8   Roger A. Moore
    **LAW OFFICES OF ROGER A. MOORE**
9   2291 West March Lane, Suite A-102
    Stockton, CA 95207
10

11  IN PRO PER:

12  <u>**VIA U.S.MAIL**</u>

13  Dan MacNeilage
    15020 Hollyhock Court
14  Lathrop, CA 95330

15

16

17

18

19

20

21

22

23

24

25

26

27

28