# EXHIBIT B

1            UNITED STATES DISTRICT COURT

2            EASTERN DISTRICT OF CALIFORNIA

3

4    TOM SAYLES,

5                    Plaintiff(s),

6           vs.                        No. 2:09-CV-03564-MCE-KJN

7    CITY OF LATHROP; DAN MAC NEILAGE
     in his individual, official and/or
8    agency capacity; RON RHODES, in
     his individual, official and/or
9    agency capacity; DOES 1 through
     10, inclusive,
10
                     Defendant(s).
11    _____/

12                    DEPOSITION OF THOMAS XAVIER SAYLES

13

14                    December 2, 2010, at 10:08 AM

15

16                    Deposition Officer:

17                    JULIE RISHWAIN PALERMO, CSR #4220

18

19                    Taken in the Offices of:

20                    BORTON PETRINI, LLP

21                    1104 12th Street

22                    Modesto, CA  95354

23

24

25

                                                              1

PALERMO REPORTING SERVICES 209.577.4451

1    remember the word.

2        Q.   I think I understand what you're saying.  My

3    understanding is that the incident that has led to the

4    lawsuit in this case occurred on April 24th, 2009.  Is

5    that the correct date?

6        A.   It was a Friday morning.  If that's the date --

7    or the day and the date match, that would be correct.

8        Q.   Since Friday, April 24th, 2009, what jobs have

9    you applied for?

10       A.   That would -- on hand I don't have that

11   information.  But I've applied for, an example, as the

12   facilities director for the City of Manteca -- not the

13   City of Manteca.  I'm sorry.  The Manteca --

14   Lathrop/Manteca Unified School District, as an example.

15   But I would have to look through records, times I've

16   applied for 30 to 40 jobs in any period of time, which

17   would be a two- to three-week period.

18            And if I were to answer that question, I'd

19   probably say several hundred nationally, not specific to

20   this region per se.  But including this region.

21       Q.   How is it that you're going about looking for

22   jobs?  Is this via the Internet or some other method?

23       A.   I use personal contacts.  I use job search firms.

24   Typically what we'd call a head hunter.  I use any method

25   I can that is -- that would bear fruit.

11

1        Q.    Since April of 2009, have you worked at all?

2        A.    As a contractor, yes.  I've probably done

3    something, some small jobs.  Nothing specific and nothing

4    of -- I'd have to look at records, to be honest with you.

5        Q.    On the day of the incident, which I have down as

6    April 24, 2009, what time did you arrive at City Hall that

7    day?

8        A.    I had agreed with Kristy, because she had asked

9    me to be there for a couple of hours.  In fact, she asked

10   me, "What time can you devote to this?"

11              I said, "I've got a couple of hours on Friday

12   morning between 9:00 and 11:00."  I was supposed to be

13   there at 9:00.  I was late.  And I remember being there

14   about 9:10, 9:12, mainly because I looked at my watch and

15   was somewhat embarrassed for being late.

16       Q.    What was it that was going on that day at City

17   Hall that you were going to participate in?

18       A.    Kristy had previously asked me if I would agree

19   to be on the Arts Commission, the Lathrop City Arts

20   Commission.  I don't know if that's the official title.

21   But I agreed just out of -- just to be a volunteer.  She

22   asked and she is my wife and I agreed.  And so -- and she

23   had asked me this months before.  And my understanding is

24   I asked her how much time this would take.

25              And so this particular event was to hang artwork

                                                              12

1    and place it in the City Council chambers.  And this was a

2    result of two previous meetings.  And if I'm not -- it was

3    probably one day, one meeting in each month prior to this.

4    And I think one meeting was missed.  And I didn't miss it.

5    They either cancelled it.  But this -- this was on April

6    24th -- April.  And then they might have had a meeting

7    like January and February, missed March, and then they had

8    this meeting.

9          But to the best of my recollection, I think one

10   month was cancelled for whatever reason, or one meeting.

11   I don't -- so I've been to two previous meetings.

12       Q.   Mr. Sayles, I see you're referring to some

13   paperwork.  What is that paperwork that you have?

14       A.   Just notes that I had written myself.

15       Q.   Are these notes that you're relying on to testify

16   today?

17       A.   Not really.  No.  Well, you haven't asked me any

18   questions that reference these notes.

19       Q.   Okay.

20       A.   They're just -- I'm just reading them.

21       Q.   And I'm just telling you that if you rely on

22   anything or look at anything during the deposition, it's

23   something that can be marked and attached to the

24   deposition so we know what it is that you're referring to.

25          So if you don't want that stuff to be marked or

                                                        13

1    of that second meeting?

2         A.    Probably discussions as to the date of the event

3    or, again, general housekeeping:  who's hanging art, who's

4    going to help, that sort of thing.  Nothing what I'd

5    consider extraordinary.  I mean if somebody is discussing

6    who's hanging art, fine with me.  I wasn't considered --

7    obviously I wasn't a decision maker in this little group

8    and I didn't consider myself one.  I was strictly there to

9    offer assistance as asked.

10        Q.    At that second meeting what, if anything, were

11   you given to do going forward?

12        A.    Possibly spread the word.  Or if people wanted to

13   make an entry, direct them to the appropriate person for

14   entries.  There was some sort of form that you filled out

15   to make an entry.  And if I'm not mistaken, I think an

16   entry cost $10, to the best of my knowledge.  And so

17   generally just spread the word in the community.

18              And then I can't remember whether or not at that

19   time I was asked, but to donate time for a specific event

20   at a specific time.  But I was asked at the direction of

21   someone on the committee.

22        Q.    Do I have it correctly you were asked to donate

23   time to show up at the event; correct?

24        A.    On the -- yes, on Friday morning, Kristy

25   approached me -- approached me.  You know, just in the

                                                              28

PALERMO REPORTING SERVICES 209.577.4451

1    normal conversations that we would have typically.  She

2    said, "Tom, are you willing to donate some time to go to

3    City Hall?"

4            And I looked at my schedule.  And I said, "Well,

5    I've got this day open at this time."

6            And she says -- well, someone asked her, and if

7    I'm not mis -- to the best of my recollection, Mo Eorio

8    asked Kristy if I was available.  But it could have been

9    Joyce.  I just don't remember who the person that asked

10   Kristy.

11           So Kristy approached me, again, and said, "Tom,

12   can you put some hours in doing this?"

13           And I said, "Of course."  And then I just worked

14   out the time frame when I was available.  And that was

15   transferred to someone on the committee.  I don't know

16   who.

17       Q.   As you sit here today, do you have any specific

18   recollection of ever making any type of either handwritten

19   journal notes or computer notes with respect to the second

20   meeting?

21       A.   As I'm sitting here, no.  But I'm -- if -- I

22   would have to look at my records as of these dates to tell

23   you definitively yes or no.

24       Q.   Do I have it correctly, the next time that this

25   group gets together is the day of the incident; correct?

                                                        29

```
 1                    (Recess.)

 2           MR. CALLAHAN:  Let's go back on the record.

 3      Q.    Mr. Sayles has indicated that he has something to

 4    add, either something that he's thought or in response to

 5    an earlier question.  By way of a ground rule, if you want

 6    to state something on the record, just indicate it.  Okay?

 7      A.    Okay.

 8      Q.    So go ahead.

 9      A.    I'm going to ask this question.  You're asking me

10    for my observations of the particular council chambers

11    when I was there; is that correct?

12      Q.    I think my last question -- can I have my last

13    question read back?

14                         (Record read as follows:  At that time

15                          in the council chamber room,

16                          immediately before the incident occurs,

17                          who's present besides yourself?)

18           THE WITNESS:  The other individual that I

19    recognized was Ron Rhodes.  He was wearing a City of

20    Lathrop badge.  And I noticed it because not everyone was

21    wearing badges.  I wasn't.  And the badge was identical to

22    the one that my wife wore as mayor, mayor of Lathrop, and

23    it has her name on it.  This one had "Ron Rhodes" and the

24    "City of Lathrop" or to that effect.  The same type of

25    badge.
```

33