# EXHIBIT C

**ROGER A. MOORE, ESQ. (SBN: 146375)**
**LAW OFFICES OF ROGER A. MOORE,**
**A PROFESSIONAL CORPORATION**
**2291 W. MARCH LANE, STE. A-102**
**STOCKTON, CA 95207**

**TELEPHONE: (209) 957-0007**
**FACSIMILE: (209) 957-9007**

ATTORNEY FOR DEFENDANT,
RON RHODES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM SAYLES,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LATHROP; DAN MAC NEILAGE, in his individual, official and/or agency capacity; RON RHODES, in his individual, official and/or agency capacity; DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:09-CV-03564-MCE-KJN<br><br>**RON RHODES' RESPONSES TO REQUEST FOR ADMISSIONS,**<br><br>**SET ONE, (1)** |

RESPONDING PARTY: RON RHODES

PROPOUNDING PARTY: CITY OF LATHROP

SET NO.: ONE (1)

COMES NOW DEFENDANT, RON RHODES, and hereby responds to DEFENDANT, CITY OF LATHROP, Request for Admissions, Set No. One, pursuant to ***Federal Rules of Civil Procedure, Rule 36*** as follows:



vor mcpw 5-19-

## PRELIMINARY STATEMENT

1. In answering these Request for Admissions, the asking party has been furnished with such information as is presently available to the responding party, which may not be entirely reliable as discovery evidence. Responding party reserves all objections relating to inadmissible evidence. Responding party reserves the right to introduce at trial evidence which is presently unknown to him and/or discovered subsequent to the date of these answers, and reserves the right to amend these answers, and reserves the right to amend answers without motion at any time.

2. It should be noted that this responding party has not yet fully completed his investigation relating to this case, and has not fully completed her preparation for trial. All of the answers contained herein are based only upon such information and documents which are presently available to and specifically known to this responding party and disclose only those contentions which presently occur to such responding party. It is anticipated that further discovery, independent investigation, legal research, and analysis may supply additional facts, add meaning to the known facts, as well as establish new factual conclusions and legal contentions all of which may lead to substantial additions to, changes in, and variation from the contentions herein set forth.

3. The following interrogatory answers and objections are given without prejudice to responding party's right to produce evidence of any subsequently discovered fact, or facts, which this responding party may later recall. Responding party accordingly reserves the right to change any and all answers herein as additional facts are ascertained, analyses are made, legal research is completed and additional contentions are developed. The answers contained herein are made in good faith effort to supply as much factual information and as much factual information and as much specification of legal contentions as is presently known, but should in no way be to the prejudice of responding party in relating to further discovery, research or analysis.

4. Responding party objects to the entire set of interrogatories to the extent it seeks information of documents protected by any privilege including, but not limited to, the

attorney-client privilege and/or the attorney work product doctrine and hereby asserts those privileges.

5. The general objections set forth herein are made as to matters which are clearly objectionable from the face of the interrogatories. These objections are made without prejudice to or waiver of responding party's right to object on all appropriate grounds to providing a response whether prior to or at the time of the offer of such response or information at trial.

6. Responding party objects to the entire set of interrogatories to the extent it seeks the impressions, conclusions, research, and opinions of responding party's counsel in violation of ***Federal Rules of Civil Procedure, Rule 36.***

7. Inadvertent identification or production of privileged documents, or information by defendant does not constitute a waiver of any applicable privilege, nor does production of any documents or information waive any objections, including relevancy, to the admissions of such documents and/or evidence.

8. Responding party objects to the entire set of interrogatories to the extent that the discovery sought is unreasonably cumulative or duplicative, or the discovery sought is obtained from some other source that is equally available to both parties, and/or is more convenient, less burdensome, or less expensive to the requesting party.

## RESPONSES TO REQUEST FOR ADMISSIONS

**RESPONSE TO REQUEST FOR ADMISSIONS NO. 1**

Admit

**RESPONSE TO REQUEST FOR ADMISSIONS NO. 2**

Admit

///

///

///

**RESPONSE TO REQUEST FOR ADMISSIONS NO. 3**

Admit

DATED: April 4, 2011

**LAW OFFICES OF ROGER A. MOORE**
**A PROFESSIONAL CORPORATION**

ROGER A. MOORE, ESQ.
ATTORNEY FOR DEFENDANT,
RON RHODES

**PROOF OF SERVICE BY MAIL-CCP 1013a, 2015.5**

I, MARIA DIAZ, declare:

I am employed in the County of San Joaquin, State of California..

I am over the age of eighteen years and not a party of the within entitled cause; my business address is 2291 W. March Lane, Ste. A-102, Stockton, California 95207. On **April 4, 2011,** I served the documents described as: **RON RHODES' RESPONSES TO REQUEST FOR ADMISSIONS, SET ONE,** on all interested parties in said cause, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Stockton, California, addressed as follows:

Cornelius J. Callahan, Esq.
Jeff L. Bean, Esq.
BORTON PETRINI, LP
1104 12th Street
Modesto, CA 95354

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **April 4, 2011**, at Stockton, California.

**LAW OFFICES OF ROGER A. MOORE**
**A PROFESSIONAL CORPORATION**

MARIA DIAZ
Paralegal to Roger A. Moore, Esq.

**VERIFICATION**

I, **Ronald "Ron" Rhodes**, the undersigned say and declare that:

That I am the Plaintiff in this action; I have read the foregoing **Plaintiff's Responses to Request for Admissions, Set. No. One,** and I know the contents thereof. Said answers are true of my own knowledge, except to those matters stated on information and belief, and as to those matters, I believe them to be true.

I declare under penalty of perjury under the Laws of the State of California that the foregoing is true and correct and that this declaration was executed at Stockton, California, on this 2nd day of April, 2011.

RONALD "RON" RHODES

Cf

Cornelius J. Callahan, Esq. # 202585
Jeff L. Bean, Esq. # 194652
BORTON PETRINI, LLP
1104 12th Street
Modesto, California 95354
Telephone: (209) 576-1701

Attorneys for Defendant,
CITY OF LATHROP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM SAYLES,<br><br>Plaintiff,<br>v.<br><br>CITY OF LATHROP; DAN MAC NEILAGE, in his individual, official and/or agency capacity; RON RHODES, in his individual, official and/or agency capacity; DOES 1 through 10, inclusive,<br><br>Defendants, | Case No. 2:09-CV-03564-MCE-KJN<br><br>**REQUEST FOR ADMISSIONS**<br><br>[FRCP §36]<br><br>SET NUMBER: ONE |

PROPOUNDING PARTY : CITY OF LATHROP

RESPONDING PARTY : RON RHODES

SET NUMBER : ONE

YOU ARE HEREBY REQUESTED TO ADMIT/DENY the truthfulness of each of the facts set forth below; and/or the genuineness of each document, a copy of which is attached to this request.

**DEFINITION**

**INCIDENT-** includes the circumstances and events on April 24, 2009, giving rise to plaintiff's actions.

///

**REQUEST NO:**

1. Admit that at the time of the **INCIDENT** you were not an employee of the City of Lathrop.

2. Admit that at the time of the **INCIDENT** your presence at the Lathrop City Hall was in a voluntary capacity.

3. Admit that at the time of the **INCIDENT** you were receiving no remuneration from the City of Lathrop for your presence at the Lathrop City Hall.

4. Admit that the time of the **INCIDENT** you were not acting within any scope of employment with the City of Lathrop.

DATED: March 15, 2011

BORTON PETRINI, LLP

By ______________________
Jeff L. Bean, Esq.,
Attorneys for Defendant,
CITY OF LATHROP

**PROOF OF SERVICE (Code Civ. Proc., §§ 1013a, 2015)**

STATE OF CALIFORNIA, COUNTY OF STANISLAUS

I am employed in the County of Stanislaus, State of California. I am over the age of 18 and not a party to the within action; my business address is 1104 12th Street, Modesto, California 95354.

On **March** 15, **2011**, I served the foregoing document(s) described as **REQUEST FOR ADMISSIONS, SET NO. ONE**on the parties.

/X/ **MAIL**:

As follows: I am familiar with the firm's practice of collection and processing documents for mailing. Under that practice said document(s) would be deposited with U. S. Postal Service on that same day, with adequate postage thereon, at **Modesto,** California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing.

/__/ **FAX:**

I caused said document(s) to be delivered by facsimile through the use of fax machine telephone number: ________________.

The facsimile machine I used complied with California Rules of Court, rule 2003(3), and no error was reported by the machine pursuant to California Rules of Court, rule 2008(e).

/__/ **ELECTRONICALLY**:

I caused said document(s) to be delivered electronically by ______________________________________________.

/__/ **OVERNIGHT COURIER SERVICE:**

I caused each envelope with postage fully prepaid to be sent by ____________________.

/__/ **PERSONAL SERVICE:**

I caused to be delivered such envelope(s) by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **March** 15, **2011,** at **Modesto,** California.

Michelle M. Richey
**Type or Print Name**

**Signature**

IN PRO PER:

Tom Sayles
P.O. Box 740
Lathrop, California 95330
(209) 747-7020

ATTORNEY FOR RON RHODES

Roger A. Moore
**LAW OFFICES OF ROGER A. MOORE**
2291 West March Lane, Suite A-102
Stockton, CA 95207

IN PRO PER:

Dan MacNeilage
15020 Hollyhock Court
Lathrop, CA 95330