# EXHIBIT D

Cornelius J. Callahan, Esq.  # 202585
Crystal S. Swanson, Esq. # 234141
BORTON PETRINI, LLP
1104 12th Street
Modesto, California  95354
Telephone:  (209) 576-1701

Attorneys for Defendant,
CITY OF LATHROP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM SAYLES,<br><br>                Plaintiff,<br>v.<br><br>CITY OF LATHROP; DAN MAC NEILAGE, in his individual, official and/or agency capacity; RON RHODES, in his individual, official and/or agency capacity; DOES 1 through 10, inclusive,<br><br>                Defendants, | Case No.   2:09-CV-03564-MCE-KJN<br><br>**DECLARATION OF DAN MacNEILAGE** |

### **DECLARATION OF DAN MacNEILAGE**

I, Dan MacNeilage, declare that:

1.      I have personal knowledge of the matters stated herein, and if called as a witness would competently testify thereto.

2.      On or about April 24, 2009, I was present at the Lathrop City Hall in the City Council Chambers.

3.      My attendance at the Art Show was not in the course and scope of any employment with the City of Lathrop.

4.      During my attendance at the Art Show, I was not acting within any scope of employment with the City of Lathrop and I received no remuneration from the City of Lathrop for

1

1  my presence in the Lathrop City Hall during the event.

2        I declare under penalty of perjury, under the laws of the State of California, that the
3  foregoing is true and correct.
4        Executed this 6th day of June, 2011, at Lathrop, California.

6                                  Dan MacNeilage, Declarant