```
 1  J. Callahan, Esq.   # 202585
    Jeff L. Bean, Esq. #194652
 2  BORTON PETRINI, LLP
    1104 12th Street
 3  Modesto, California  95354
    Telephone:  (209) 576-1701
 4
    Attorneys for Defendant,
 5  CITY OF LATHROP
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM SAYLES,<br><br>     Plaintiff,<br><br>v.<br><br>CITY OF LATHROP; DAN MAC NEILAGE, in his individual, official and/or agency capacity; RON RHODES, in his individual, official and/or agency capacity; DOES 1 through 10, inclusive,<br><br>     Defendants, | Case No.   2:09-CV-03564-MCE-KJN<br><br><br>**ORDER OF DISMISSAL**<br><br>[FRCP 41(b)] |

Plaintiff Tom Sayles failed to file any opposition to the defendant City of Lathrop ("City") Motion to Dismiss for Failure to Prosecute under FRCP 41(b) (ECF No. 36). Plaintiff further failed to comply with this court's order (ECF No. 47), which required plaintiff to file an opposition to the motion within 20 days or face sua sponte dismissal of his lawsuit in its entirety. The Court therefore orders as follows:

  1. Defendant's Motion to Dismiss (ECF No. 36) is GRANTED.

  2. Plaintiff Tom Sayles' complaint is dismissed with prejudice in its entirety against all defendants.

  3. In light of the Court's dismissal of Plaintiff's action, Defendant City's Motion for Summary Judgment (ECF No. 39) is DENIED as moot.

1    4. The Clerk of Court is directed to close the file.

2    IT IS SO ORDERED.

3  Dated: September 22, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE