# UNITED STATES DISTRICT COURT

for the
Eastern District of California

TOM SAYLES               )
                            )
         v.             )   Case No.: 2:09-CV-003564-MCE-KJN
CITY OF LATHROP, et al.    )
                            )

## BILL OF COSTS

Judgment having been entered in the above entitled action on   __9/23/11__   against __Tom Sayles__ ,
                                                  *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ........................................................ | $ 0.00 |
| Fees for service of summons and subpoena ............................... | 114.29 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 660.70 |
| Fees and disbursements for printing ..................................... | 0.00 |
| Fees for witnesses *(itemize on page two)* ................................ | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case ....................... | 16.50 |
| Docket fees under 28 U.S.C. 1923 ...................................... | 0.00 |
| Costs as shown on Mandate of Court of Appeals .......................... | 0.00 |
| Compensation of court-appointed experts ................................ | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ...... | 0.00 |
| Other costs *(please itemize)* ............................................. | 150.46 |
| Online research - WestLaw | |
| TOTAL    $ | 941.95 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

## Affidavit

    I declare under penalty of perjury that the foregoing costs are allowable by law, are correctly stated, were necessarily incurred and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

    [X] Electronic service        [X] First class mail, postage prepaid

    [ ] Other:

    s/ Attorney: _Cornelius Callahan (signature)_

        Name of Attorney: __Cornelius J. Callahan__

For: __City of Lathrop__                               Date: __10/ 6 /2011__
    *Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _0.00_                            and included in the judgment.

                            By: _____

    *Clerk of Court*                       *Deputy Clerk*              *Date*

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | TOTAL | 0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Billed and Unbilled Recap Of Cost Detail - [064245 - Sayles v. City of Lathrop]
Client:028498 - Reclamation Insurance Management Services (RIMS)   9/28/2011 9:41:29 AM

Case 2:09-cv-03563-MCE-EFB   Document 85   Filed 10/06/11   Page 3 of 6         Page 1

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| 02/28/2010 03/22/2010 | 0614 | Cornelius J. Callahan Invoice=588584 Voucher=320243 Paid | F106 | 1.00 1.00 | 82.06 82.06 | 82.06 82.06 | Online Research - West Group Payment Center; Invoice # 820011155 dated February 1, 2010. Online research and related charges, including document retrieval and printing, etc., for January 2010. Vendor=West Group Payment Center Balance= .00 Amount= 5301.50 Check #357862 02/28/2010 | 1919211 |
| 03/12/2010 05/12/2010 | 0614 | Cornelius J. Callahan Invoice=589530 Voucher=320636 Paid | F113 | 1.00 1.00 | 114.29 114.29 | 114.29 114.29 | Subpoena Fees - Compex Legal Services, Incorporated; Invoice # 18635398 dated February 19, 2010. Subpoena of records pertaining to Tom Sayles from San Joaquin County Sheriff's Office. Vendor=Compex Legal Services Incorporated Balance= .00 Amount= 114.29 Check #359268 05/28/2010 | 1920111 |
| 04/30/2010 05/12/2010 | 0614 | Cornelius J. Callahan Invoice=589530 Voucher=322534 Paid | F106 | 1.00 1.00 | 23.00 23.00 | 23.00 23.00 | Online Research - West Group Payment Center; Invoice # 820295449 dated April 1, 2010. Online research and related charges, including document retrieval and printing, etc., for March 2010. Vendor=West Group Payment Center Balance= .00 Amount= 4362.00 Check #358794 04/30/2010 | 1923159 |
| 07/27/2010 09/13/2010 | 0614 | Cornelius J. Callahan Invoice=592169 Voucher=325492 Paid | F106 | 1.00 1.00 | 5.94 5.94 | 5.94 5.94 | Online Research - West Group Payment Center; Invoice # 820931418 dated July 1, 2010. Online research and related charges, including document retrieval and printing, etc., for June 2010. Vendor=West Group Payment Center Balance= .00 Amount= 5121.50 Check #360363 07/31/2010 | 1927983 |
| 08/06/2010 11/30/2010 | 0614 | Cornelius J. Callahan Invoice=594078 | E101 | 2.00 2.00 | 0.15 0.15 | 0.30 0.30 | Copying (In-House) | 1932375 |
| 10/20/2010 12/07/2010 | 0614 | Cornelius J. Callahan Invoice=594224 | E101 | 21.00 21.00 | 0.15 0.15 | 3.15 3.15 | Copying (In-House) | 1935994 |
| 11/30/2010 12/07/2010 | 0614 | Cornelius J. Callahan Invoice=594224 Voucher=330749 Paid | F106 | 1.00 1.00 | 3.97 3.97 | 3.97 3.97 | Online Research - West Group Payment Center; Invoice # 821675917 dated November 1, 2010. Online research and related charges, including document retrieval and printing, etc., for October 2010. Vendor=West Group Payment Center Balance= .00 Amount= 4549.00 Check #362409 11/30/2010 | 1937098 |
| 12/21/2010 03/10/2011 | 0614 | Cornelius J. Callahan Invoice=596464 Voucher=331494 Paid | F115 | 1.00 1.00 | 660.70 660.70 | 660.70 660.70 | Deposition Transcripts - Palermo Reporting Service; Invoice # 66917 dated December 15, 2010. One set of Depositions Transcript of Thomas Xavier Sayles. Vendor=Palermo Reporting Service Balance= .00 Amount= 660.70 Check #365099 05/03/2011 | 1938266 |
| 01/25/2011 03/10/2011 | 0614 | Cornelius J. Callahan Invoice=596464 | E101 | 14.00 14.00 | 0.15 0.15 | 2.10 2.10 | Copying (In-House) | 1941911 |
| 03/10/2011 05/17/2011 | 0614 | Cornelius J. Callahan Invoice=598738 | E101 | 61.00 61.00 | 0.15 0.15 | 9.15 9.15 | Copying (In-House) | 1944828 |
| 04/20/2011 05/17/2011 | 0614 | Cornelius J. Callahan Invoice=598738 Voucher=336265 Paid | F106 | 1.00 1.00 | 8.84 8.84 | 8.84 8.84 | Online Research - West Group Payment Center; Invoice # 822589359 dated April 1, 2011. Online research and related charges, including document retrieval and printing, etcetera for March 2011. Vendor=West Group Payment Center Balance= .00 Amount= 4507.50 Check #364871 04/25/2011 | 1946675 |
| 06/17/2011 09/26/2011 | 0614 | Cornelius J. Callahan Invoice=601800 | F106 | 1.00 1.00 | 11.31 11.31 | 11.31 11.31 | Online Research - West Group Payment Center; Invoice# 822960243 dated June 1, 2011. Online | 1950835 |

Case 2:09-cv-03564-MCE-CKD   Document 85   Filed 10/06/11   Page 4 of 6

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | research and related charges, including | |
| | | | | | | | document retrieval and printing, ecetera for | |
| | | | | | | | May 2011. | |
| | | Voucher=338626 Paid | | | | | Vendor=West Group Payment Center  Balance= .00  Amount= | |
| | | | | | | | 4907.00 | |
| | | | | | | | Check #366012  06/30/2011 | |
| 06/17/2011 | 0614 | Cornelius J. Callahan | F106 | 1.00 | 15.34 | 15.34 | Online Research - West Group Payment Center; | 1950841 |
| 09/26/2011 | | Invoice=601800 | | 1.00 | 15.34 | 15.34 | Invoice# 822960243 dated June 1, 2011. Online | |
| | | | | | | | research and related charges, including | |
| | | | | | | | document retrieval and printing, ecetera for | |
| | | | | | | | May 2011. | |
| | | Voucher=338626 Paid | | | | | Vendor=West Group Payment Center  Balance= .00  Amount= | |
| | | | | | | | 4907.00 | |
| | | | | | | | Check #366012  06/30/2011 | |
| 06/20/2011 | 0614 | Cornelius J. Callahan | E101 | 6.00 | 0.15 | 0.90 | Copying (In-House) | 1952421 |
| 09/26/2011 | | Invoice=601800 | | 6.00 | 0.15 | 0.90 | | |
| 08/03/2011 | 0614 | Cornelius J. Callahan | E101 | 6.00 | 0.15 | 0.90 | Copying (In-House) | 1956310 |
| 09/26/2011 | | Invoice=601800 | | 6.00 | 0.15 | 0.90 | | |
| | | BILLED TOTALS:    WORK: | | | | 941.95 | 15 records | |
| | | BILLED TOTALS:    BILL: | | | | 941.95 | | |
| | | GRAND TOTAL:    WORK: | | | | 941.95 | 15 records | |
| | | GRAND TOTAL:    BILL: | | | | 941.95 | | |

INVOICE NO.: 18635398   **COMPEX** Legal Services, Inc.   TERMS : NET ON RECEIPT.
ORDER DATE: 01/25/10
INVOICE DATE: 02/19/10   TAX ID: 95-4443964

CASE NAME: TOM SAYLES V CITY OF LATHR   CLIENT/INSURED:
RECORDS OF: SAYLES, TOM   DATE OF LOSS:
FILE/CLAIM NO.: 28498/64245/

| BILLED TO: | ORDERED BY: |
|---|---|
| BORTON PETRINI, LLP | BORTON PETRINI, LLP |
| 1104 12TH STREET | 1104 12TH STREET |
| MODESTO, CA 95354 | MODESTO, CA 95354 |
| CRYSTAL S. SWANSON | CRYSTAL S. SWANSON |
| ACCOUNT #: 14669 | |

PLEASE REMIT TO:
P.O. BOX 2738
TORRANCE, CA 90509-2738
TEL 800.788.8831   FAX 310.781.9720

| Order No. | Record From | Description | Qty | Unit Price | Amount |
|---|---|---|---|---|---|
| A38629- A | SAN JOAQUIN COUNTY SHERIFF'S OFFICE | Basic Charge - Subpoena | 1 | 27.00 | 27.00 |
| | CLAUSE: SPECIAL (OTHER) | Phone Call/Status | 1 | 3.50 | 3.50 |
| | NOTES: | Federal Subpoena | 1 | 8.50 | 8.50 |
| | | Subpoena Service | 1 | 6.00 | 6.00 |
| | | Pages | 23 | .25 | 5.75 |
| | | Notice to Opposing Cnsl | 1 | 3.00 | 3.00 |
| | | Field Trip | 2 | 13.50 | 27.00 |
| | | Additional Custodial Fees | 1 | 3.00 | 3.00 |
| | | Witness Fee | 1 | 15.00 | 15.00 |
| | | Shipping and Handling | 1 | 7.00 | 7.00 |
| | | Fee Advance     18.00% | | | 3.24 |
| | | SUB TOTAL | | | 108.99 |
| | | SALES TAX | | 0.08375 | 5.30 |
| | | TOTAL DUE | | | 114.29 |

Office: 012   Matter #
Matter Des: Sayles V City
Client Name: 28498
Atty. Approval: CR   Date: 3/10/10
#113
0424

RECEIVED
MAR 04 2010

RECEIVED
MAR 12 2010
ACCOUNTING

18635398 -> PLEASE USE 8 DIGIT INVOICE NUMBER TO INSURE PROMPT CREDIT

320636

PALERMO REPORTING SERVICES
318 McHENRY AVENUE, SUITE B
MODESTO, CA 95354
Phone (209) 577-4451

TAX I.D. NO.:

77-0158667

CORNELIUS J. CALLAHAN
BORTON PETRINI
1104 12TH STREET
SUITE C
MODESTO, CA 95354

COURT REPORTING
**INVOICE**

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 66912 | 12/15/10 | 1-20266 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 12/02/10 | PALBJH | |
| | CASE CAPTION | |

TOM SAYLES vs. CITY OF LATHROP

TERMS

NET 30

ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
THOMAS XAVIER SAYLES

|  |  |
|---|---|
|  | 639.30 |
| condensed/index | 20.00 |
| COLOR COPIES | 1.40 |
| | ======== |
| T O T A L   D U E   >>>> | 660.70 |

THANK YOU VERY MUCH FOR YOUR BUSINESS
PLEASE RETURN ONE COPY OF THIS INVOICE WITH YOUR REMITTANCE
ENJOY OUR NEW SERVICE OF E-MAIL TRANSCRIPTS ON THE INTERNET
WE NOW HAVE CONFERENCE ROOMS AVAILABLE IN STOCKTON

DEC 20 2010

Office: _012_  Matter # _G5245_

Matter Desc: _Sayles v. City of Lathrop_

Client Name: _28498_

Aty. Approval: _Z_  Date: _____

_F115_

RECEIVED

DEC 16 2010

HAND DELIVERED

331494