# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT

TOM SAYLES )
*Plaintiff* )
v. )   Civil Action No. 2:09-cv-003564-MCE-KJN
)
CITY OF LATHROP )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ 0.00 ), which includes prejudgment interest at the rate of 0.00 %, and postjudgment interest at the rate of 0.00 %, along with costs.

☒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* City of Lathrop recover costs from the plaintiff *(name)* Tom Sayles, in the amount of $941.00 for costs and Attorney's Fees in the amount of $7,259.00.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Morrison C. England, Jr. _____ on a motion for Attorney's Fees and Costs

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

AO-450